Law Office of
**HERNANDEZ & HAMILTON, PC**
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
CLAY HERNANDEZ (AZ010917)
Email: *Clay@Hernandez-Hamilton.com*
Telephone: (520) 882-8823
Fax: (520) 882-8414
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Ismael Rodriguez,<br>　　　　　Defendant. | No. 21-CR-20747-TAB<br><br>**ORDER** |

Upon reading the foregoing motion, there being no objection to this request, and good cause thereby appearing,

IT IS HEREBY ORDERED designating the above-enumerated matter as a complex criminal case.

DATED this 27th day of May, 2022.

　　　　　　　　　　　　　　　/s/Terrence G. Berg_____
　　　　　　　　　　　　　　　THE HONORABLE TERRENCE G. BERG
　　　　　　　　　　　　　　　United States District Court